# EXHIBIT A

**CONSENT TO SUE**
**REQUEST TO BECOME PARTY-PLAINTIFF – AFSCME LOCAL 983 OVERTIME PAY**

I hereby consent to become a party plaintiff in an action against the City of New York to recover overtime wages and other relief under the Fair Labor Standards Act.

NAME  Baiducci                    Ronald
       Last Name                   First                                      Middle

HOME ADDRESS  118 Cortelyou
              S.I.         N.Y         10312
              City         State       Zip Code

SIGNATURE  Ronald Balducci

**CONSENT TO SUE**
**REQUEST TO BECOME PARTY-PLAINTIFF – AFSCME LOCAL 983 OVERTIME PAY**

I hereby consent to become a party plaintiff in an action against the City of New York to recover overtime wages and other relief under the Fair Labor Standards Act.

NAME: BENITEZ (Last Name)   Angel (First)   Luis (Middle)

HOME ADDRESS: 41 Charles PL
Staten IS (City)   NY (State)   10303 (Zip Code)

SIGNATURE: /s/ Angel Benitez

## CONSENT TO SUE
## REQUEST TO BECOME PARTY-PLAINTIFF – AFSCME LOCAL 983 OVERTIME PAY

I hereby consent to become a party plaintiff in an action against the City of New York to recover overtime wages and other relief under the Fair Labor Standards Act.

NAME  BRIONES                    JOSE AMANDO              M.
      Last Name                  First                    Middle

HOME ADDRESS  107-26 89TH ST.
              OZONE PARK,  NY         11417
              City         State      Zip Code

SIGNATURE  [signature]

## CONSENT TO SUE
## REQUEST TO BECOME PARTY-PLAINTIFF – AFSCME LOCAL 983 OVERTIME PAY

I hereby consent to become a party plaintiff in an action against the City of New York to recover overtime wages and other relief under the Fair Labor Standards Act.

NAME: CASTANEDA (Last Name)   CARLOS (First)   (Middle)

HOME ADDRESS: 84-31 VAN WYCK EXP 4F
JAMAICA (City)   N.Y. (State)   11435 (Zip Code)

SIGNATURE: /s/ Carlos Castaneda

Chapman                Donald                Louis
Last Name              First                 Middle

HOME ADDRESS  133 Bay 47 St
              Brooklyn    NY        11214
              City        State     Zip Code

SIGNATURE  D. Chapman

**CONSENT TO SUE**
**REQUEST TO BECOME PARTY-PLAINTIFF – AFSCME LOCAL 983 OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action against the City of New York to recover overtime wages and other relief under the Fair Labor Standards Act.**

NAME _____Cirillo_____Gerard_____A_____
            Last Name                  First                   Middle

HOME ADDRESS ___206 Greenleaf Ave apt 1b_____

            ___Staten Island_____NY_____10310_____
                 City            State       Zip Code

SIGNATURE ___[DocuSigned by: Gerard Cirillo / 0975DDEDCF7344F...]_____

## CONSENT TO SUE
### REQUEST TO BECOME PARTY-PLAINTIFF – AFSCME LOCAL 983 OVERTIME PAY

I hereby consent to become a party plaintiff in an action against the City of New York to recover overtime wages and other relief under the Fair Labor Standards Act.

NAME  MORENO / ANGEL / L
  Last Name / First / Middle

HOME ADDRESS  2559 FRISBY Ave
  Bronx   NY   10461
  City   State   Zip Code

SIGNATURE  Angel P. Moreno

**CONSENT TO SUE**
**REQUEST TO BECOME PARTY-PLAINTIFF – AFSCME LOCAL 983 OVERTIME PAY**

I hereby consent to become a party plaintiff in an action against the City of New York to recover overtime wages and other relief under the Fair Labor Standards Act.

NAME _____Pons_____ _____Euclides_____ _____
       Last Name                First                     Middle

HOME ADDRESS __67-28 78th Street_____

__Middle Village___  __N.Y.__  __11379__
     City              State      Zip Code

SIGNATURE __[signed] Euclides Pons__