UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
ANGEL MORENO, et al.,

                     Plaintiffs,

      - against -

CITY OF NEW YORK, et al.,

                    Defendants.
------------------------------------------------------------X

22-CV-3358 (JLR) (RWL)

**ORDER**

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

    By February 17, 2023, the parties shall file their settlement agreement along with a joint fairness letter explaining why the settlement is fair and reasonable pursuant to the criteria set forth in *Cheeks v Freeport Pancake House, Inc*. and related authority.

                              SO ORDERED.

                              _____
                              ROBERT W. LEHRBURGER
                              UNITED STATES MAGISTRATE JUDGE

Dated: January 19, 2023
       New York, New York

Copies transmitted this date to all counsel of record.